UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GARGIULO, INC.,

        Plaintiff,

v.                                Case No. 8:09-cv-1180-T-33TBM

GO FOR IT BROKERAGE, INC., DONALD
R. SHEFFIELD, and JANE MANN,

        Defendants.
_____/

## ORDER APPOINTING MEDIATOR

Pursuant to the Notice of Mediation (Doc. # 16) filed on May 11, 2010, and in accordance with the rules governing mediation set forth in Chapter Nine of the Rules of the United States District Court for the Middle District of Florida, it is **ORDERED** that the following individual is hereby **APPOINTED** by the Court to serve as Mediator in this action:

    **Name of Mediator**:    Robert ("Robin") E. Doyle, Esq.
    **Address**:                 Doyle Conflict Resolution, Inc.
                                 9132 Strada Place, Suite 401
                                 Naples, Florida 34108
    **Telephone**:            (239) 213-0033

By agreement of the parties, the mediation conference is scheduled to occur at **12:00 p.m. or 1:00 p.m.** on **June 7, 2010,** at the offices of Donovan Court Reporting, 2402 Bay Street, Suite 106, Ft. Myers, Florida 33901. Counsel are reminded of

their obligations to comply with the provisions of the Local Rules of the Middle District of Florida.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 13th day of May, 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:   All Counsel of Record